IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ROCK HILL DIVISION

| | | |
|---|---|---|
| Kenneth Ray Mitchell, | ) | C/A NO. 0:11-2860-CMC-PJG |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION and ORDER** |
| v. | ) | |
| | ) | |
| Donald Keith Lewis; Leon Lott "in charge,"; Deputy G. Cucurullo, Badge 1431; Deputy Clerk, Badge No. 1411; and Lt. Bolin, Sheriff Richland Co. All Here; | ) ) ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

This matter is before the court on Plaintiff's *pro se* complaint, filed in this court on December 2, 2011.

In accordance with 28 U.S.C. § 636(b) and Local Civil Rule 73.02 (B)(2)(e), DSC, this matter was referred to United States Magistrate Judge Paige J. Gossett for pre-trial proceedings and a Report and Recommendation ("Report"). On January 4, 2012, the Magistrate Judge issued a Report recommending that the complaint be dismissed without prejudice and without issuance and service of process. The Magistrate Judge advised Plaintiff of the procedures and requirements for filing objections to the Report and the serious consequences if he failed to do so. Plaintiff filed a response to the Report on January 11, 2012.

The Magistrate Judge makes only a recommendation to this court. The recommendation has no presumptive weight, and the responsibility to make a final determination remains with the court. *See Mathews v. Weber*, 423 U.S. 261 (1976). The court is charged with making a *de novo* determination of any portion of the Report of the Magistrate Judge to which a specific objection is

1

made. The court may accept, reject, or modify, in whole or in part, the recommendation made by the Magistrate Judge or recommit the matter to the Magistrate Judge with instructions. *See* 28 U.S.C. § 636(b).

After conducting a *de novo* review as to Plaintiff's response to the Report, and considering the record, the applicable law, the Report and Recommendation of the Magistrate Judge, the court agrees with the conclusions of the Magistrate Judge. Accordingly, the court adopts and incorporates the Report and Recommendation by reference in this Order. Plaintiff's response to the Report agrees that this case should be dismissed. "Objections" at 1 (ECF No. 14, filed Jan. 11, 2012).

This action is dismissed without prejudice and without issuance and service of process.

**IT IS SO ORDERED.**

               s/ Cameron McGowan Currie
               CAMERON McGOWAN CURRIE
               UNITED STATES DISTRICT JUDGE

Columbia, South Carolina
January 17, 2012